DURYEA, WATTS & Co., Respondent, *v.* HENRY RAYNOR, Appellant.

APPEAL from a judgment in favor of plaintiff and from order denying motion for a new trial.

R. J. Mahon, for appellant.

L. B. Bunnell, for respondent.

*Per Curiam.*    Judgment and order affirmed, with costs.

Present:    VAN WYCK, Ch. J., McCARTHY and FITZSIMONS, JJ. Judgment and order affirmed, with costs.